UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:  CASE NO.:  6:19-bk-04049-CCJ
Chapter 7

Edith Alexandra Hinojosa Cordova,

           Debtor.
_____/

## CROSS NOTICE OF RULE 2004 EXAMINATION DUCES TECUM

Creditors, Insight Securities, Inc., Integra Limited, Golden Riva, Vincenzo Caccio, José Fernández, Fanny Maldonado, Luis Fernando Guzman, Carmen Vivanco, Oscar Erraez, Marco Rivadeneira, Luis Enriquez, Luis Dávila, Veronica Hinojosa, José De La Torre, Luz Pazmiño, Roberto Javier Vernaza, Samuel Sánchez, Stalin Villafuerte, Maria Riofrio, and Maria Calero, through counsel, will examine **Edith Alexandra Hinojosa Cordova,** under oath on **November 18, 2019** at **10:00 a.m.**, at Zimmerman, Kiser & Sutcliffe, 315 E. Robinson Street, Suite 600, Orlando, FL 32801.  The examination may continue from day to day until completed.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

/
/
/
/
/

[this space intentionally left blank]

PLEASE TAKE FURTHER NOTICE that the Debtor shall produce and provide to undersigned counsel prior to or at the examination the documents set forth on the attached **Exhibit "1"**.

Dated October 4, 2019.

        **WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
        329 N. Park Avenue, 2nd Floor (32789)
        P.O. Box 880
        Winter Park, FL 32790-0880
        (407) 423-4246
        (407) 645-3728 (Fax)
        Attorneys for Plaintiff

        */s/ Bradley M. Saxton*
        Bradley M. Saxton, Esq.
        Florida Bar No.: 855995
        Email: bsaxton@whww.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, a copy of the foregoing has been sent via:

*CM/ECF to:*

Juan Carlos Montes De Oca, Esquire, Montes De Oca Law Group, LLC, 8 South Orlando Ave, Kissimmee, FL 34741
Richard B. Webber, Trustee, PO Box 3000, Orlando, FL 32802
United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801

*US Mail to:*

Edith Alexandra Hinojosa Cordova, 7401 Ella Lane, Windermere, FL 34786

        */s/ Bradley M. Saxton*
        Bradley M. Saxton, Esq.

cc: Court Reporter

# EXHIBIT 1

## INSTRUCTIONS AND DEFINITIONS

1. "Document," "documents" or "thing" means any written or graphic matter or other means of preserving thought or expression. This includes all tangible things from which information can be processed or transcribed, including the originals and all non-identical copies, whether different from the original by reason of any notation made on such copy or otherwise. Documents and things include, but are not limited to, the following: permanent files, manuals, papers, pamphlets, appraisals, correspondence, letters, reports, memoranda, notes, messages (including electronic messages or mail—"e-mail"), periodicals, books, records, contracts, agreements, newspapers, statements, telegrams, interoffice and intraoffice messages, telephone logs, diaries, chronological data, minutes, field reports, computer printouts, prospectuses, financial statements, schedules, affidavits, security agreements, promissory notes, Uniform Commercial Code forms of any type, hypothecation agreements, cancelled checks, bank statements, transcripts, statistics, surveys, calendars, drafts, indices, lists, tables, magazines or newspaper articles, tabulations, graphs, sale orders, confirmations, certificates, accounts, summaries, affidavits, oral records, videotapes, motion pictures, photographs, mechanical or electric recordings or representations of any kind (including without limitation, tapes, cassettes, disks, and recordings), statistical data, ledger book entries, ledgers, books of account, tax returns, tax forms, tax records, tax schedules, transcripts, court papers and sworn statements, and all drafts, alterations and modifications, changes and amendments of any of the foregoing, regardless of whether originals, copies, drafts, or typings or reproductions of originals or copies in whatever form, **including, but not limited to, electronically stored information,** and whether directed to or prepared, written, or produced by, for, or on your behalf, or any agency, department, agent, employee, consultant, or other representative of you, or any third person, firm, or corporation.

2. "All documents" means every document or group of documents for communication as above defined known to you and every such document or communication, which can be located or discovered by reasonably diligent efforts.

3. If any Document was, but is no longer, in your possession, or subject to your control, state what disposition was made of the documents and the reason for such disposition, and identify all persons having knowledge of the circumstances under which such documents ceased to exist, all persons who have knowledge or had knowledge of the documents, and the contents thereof.

4. The plural shall include the singular and the singular shall include the plural. Any reference to a male pronoun shall also constitute reference to a female pronoun.

5. The words "and" as well as "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive. The use of the word "including" shall be construed without limitation.

6. "Each" shall be construed to include the word "every" and "every" shall be construed to include the word "each". Similarly, "any" shall be construed to include the word "all", and "all" shall be construed to include the word "any".

7. The present tense shall be construed to include the past tense, and the past tense shall be construed to include the present tense.

8. If you claim any privilege as to any (i) information encompassed by this discovery request or (ii) communication, or portion thereof, encompassed by this discovery request, specify the nature of the privilege claimed, state with specificity the basis for the privilege claimed, identify the information or communication as to which privilege is claimed with sufficient specificity to bring the discovery request and objection before the Judge, describe the subject matter of the privileged matter, identify all parties to or recipients of the privileged matter, and if the privileged matter is contained or reflected in a document, identify: (1) the date of the document; (2) the type of document; (3) the author; (4) addressee; and (5) all individuals indicated or to whom blind copies are shown.

9. This request for production is continuing in character and nature, and would require the filing of supplemental responses, pursuant to Rules of Civil Procedure, if and when further or different information is obtained by up to and throughout the trial of this cause.

10. If any of the document requests are ambiguous in any way, please send a letter to the undersigned counsel describing the ambiguity and it will promptly be clarified in a reply letter. If any document request is deemed to be unduly burdensome, please send a letter to the undersigned counsel indicating the reasons why and (generally) an attempt will be made to rephrase the document request in a reply letter to lessen burdens of compliance. Any such reply letter may be treated by the parties to whom it is addressed as a modification of this request for production.

11. In producing documents called for herein, segregate the documents so as to identify the numbered request to which such document responds.

12. The term "You" or any derivative thereof shall mean the entity or person to whom this request is directed pursuant to the Subpoena.

13. The term "Debtor" or "deponent" shall mean **Edith Alexandra Hinojosa Cordova**.

14. Except as otherwise specified, the time frame of this request relates to all documents from four (4) years prior to the petition date, therefore from June 20, 2015 to present.

## **DOCUMENTS TO BE PRODUCED**

**I.    BANK RECORDS**

A. Any and all documents and records of checking, savings, or any other type of account, foreign or domestic, maintained by deponent with any type of financial institution during the last four years, including but not limited to monthly account statements, checks, check registers. check stubs, cancelled checks, and deposit slips.

B. All documents that refer to, relate to, reflect or concern any transfers made to or from any financial account held for the benefit of deponent, by any third party, for the last four years.

C. Any and all signature cards that name deponent as an authorized signatory on any financial account for any entity or other third party, for the past four years.

D. Any and all documents submitted to any bank financial institution, or any other person or entity, by deponent, for any loan or advance, in any capacity (borrower, guarantor, or surety) for the past four years.

E. Any and all documents concerning any interest in, or claimed title to, any certificates of deposit, letters of credit, money orders, cashiers checks. travelers checks, bank deposits or escrow funds owned or held be deponent in the past four years.

F. Any and all documents related to any account in which any of deponent's earnings or other income has been deposited into in the past four years, whether deponent continued to have an interest in it or not.

G. Any and all documents evidencing deponent having authority to access any safe deposit box or other bank-secured area, for the last four years.

H. Any and all documents evidencing any application signed by deponent or on behalf of deponent or deponent's spouse and/or children, to open a foreign or offshore financial account in the name of deponent or any other entity.

I. Copies of IRS contracts for all IRA's that you currently have.

  J.  Copies of any IRA or 401K's that were "rolled over."

  K.  Complete contribution and distribution records for any current or previous IRA's or 401K's during the last four years.

  L.  Copies of any and all bills or living expenses paid for with your IRA or 401K distributions during the past four years.

  M.  Copies of any loans taken against your IRA or 401K during the last four years.

## II.  REAL PROPERTY

  A.  Any and all documents that refer to, reflect, or relate to any real property owned by deponent in the past four years.

  B.  Any and all documents that refer to, reflect or relate to encumbrances on any real property owned by the deponent.

  C.  Any and all documents evidencing ownership of real property in which deponent currently enjoys a direct or indirect beneficial interest.

  D.  Any and all checks, receipts, deeds or other evidence of the sale of transfer of any real property in which you had a legal or equitable ownership interest in, within the past four years.

  E.  Any and all lease agreements for real property in which deponent is the landlord, or has a beneficial interest in.

  F.  Any and all lease agreements for real property in which deponent is lessor or lessee.

  G.  Any and all documents that evidence deponent's name being on any real property tax records, as payor or trustee for the past four years.

  H.  Any and all deeds that title any real property to deponent as trustee for any other person or entity.

  I.  Any and all deeds of trust or mortgages held in favor of deponent at present or owned during the last four years.

  J.  Any and all documents evidencing any time-shares that deponent enjoys the use of.

K.  Copies of any appraisals or other forms of valuation for any property that you have an interest in or had an interest within the past four years.

L.  Promissory Notes or Mortgages you signed during the past six years.

M.  Copies of all deeds/mortgages to which you hold property as tenants by the entireties, tenants in common or joint tenants.

### III.  PERSONAL PROPERTY

A.  Certificates of title or other evidence of ownership of any boat, water craft, motorcycle, four-wheeler, recreational vehicle, go-kart, aircraft, agricultural equipment, or construction equipment owned by or in possession of deponent, whether owned by deponent or entity that deponent is affiliated with, or held in trust by deponent.

B.  Any and all note receivables, pledges or security interests in favor of deponent now, and in the past four years.

C.  Copies of all homeowner's insurance policies and any other insurance policies or riders that have insured any property that deponent owns or has the benefit of use of, for the past four years.

D.  List of household furnishings and fixtures that have been purchased within the last year that had a purchase price of $999 or more.

E.  Copies of all dock slips or other documentation evidencing the right to dock any water craft, whether deponent has a legal or beneficial interest in.

F.  Any and all documents that refer to or reflect any livestock owned by deponent within the past four years.

G.  List and valuation of all collectibles (i.e. stamps, coins, sports cards, jewelry etc.) that deponent now owns or has owned within the past four years.

H.  Any and all documents that refer to, or relate to any guns, jewelry, antiques, art, paintings or other similar assets owned by deponent or in deponent's possession within the past four years.

I.  Any and all documents evidencing any interest deponent may have in any patents, trademarks, copyrights, franchises, royalties of any kind, oil and gas rights, timber rights, or mineral rights.

**IV.     BUSINESS INTERESTS/EMPLOYMENT**

A. All documents that identify the name and addresses of any person or entity that has employed deponent within the past four years.

B. All documents that identify any person or entity that deponent has acted as an independent contractor for in the past four years.

C. All documents referring to any way, directly or indirectly, to any and all businesses in which deponent is a stockbroker, partner, officer, director, owner, or registered agent.

D. Any and all corporate charters, minutes of stockholders meetings, resolutions, or recorded evidence of any kind relating to the affairs of any corporation owned by deponent, or any subsidiary or other entity in which such corporation holds an ownership interest during the past four years.

E. Lists of all customers, clients, etc. of any kind with which the corporation (or any other business entity owned by deponent) does business or has done business during the past four years.

F. All local, state and federal tax returns filed by deponent in the past four years, including all attachments, schedules, W-2's, K-1's, 1099 and 1098 forms.

G. All documents referring, relating or pertaining to any records of salaries, commissions, bonuses, income from employment, wages, pay stubs, dividends, royalties, allowances, expenses or other sums of money paid to deponent within the past four years.

H. Any and all employment contracts that deponent has had in the past four years.

**V.     INVESTMENTS**

A. Any and all documents and records of stocks, bonds, mutual funds, debentures, certificates of deposit or any other investment vehicle owned or held for the benefit of deponent.

B. Any and all documents relating to any retirement accounts or annuities, whether individual or employer sponsored, that are owned by deponent, or held for the benefit of dependent.

C. Any and all rent rolls for all properties in which deponent has had an ownership interest in for the past four years.

    D.     Copies of all 1099-D's or 1099-I's issued to the deponent within the past four years.

    E.     Any and all documents referring to any stock options or profit-sharing plans held by deponent or for the benefit of deponent.

    F.     Any and all document that evidence a cash value in any life insurance policy of deponent and copies of all policies whether term, whole life or universal.

## VI.    GENERAL

    A.     All documents evidencing any trusts or amendments to trusts in which the deponent is a grantor, settlor, trustee, or beneficiary.

    B.     All documents evidencing any and all trusts or amendments to trusts that the deponent has directly or indirectly contributed any assets to within the past ten years.

    C.     Copies of all pre and post-nuptial agreements, to include the list of assets and liabilities to be held separate.

    D.     Copies of all separate property agreements, to include the list of assets and liabilities to be held separately.

    E.     Copy of any Wills including all amendments in which deponent if or was named as beneficiary.

    F.     All passports for travel outside of the United States.

    G.     Copies of any and all credit card statements, for all cards in which deponent is an authorized user, for the past two years.

    H.     All documents referring or reflecting the name and address of any storage facility or mini ware-house to which deponent has access.

    I.     Copies of any and all financial statements that deponent has prepared for any lender or creditor in the past four years.

    J.     Copies of any and all professional licenses that are held by deponent.

    K.     Copies of all driver's licenses.

L. Copy of birth certificate.

M. Copies of all divorce decrees and any affidavits submitted in those proceedings.